IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THIBAULT ARMEL T. TCHANGA,<br><br>Plaintiff,<br><br>*v.*<br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ANGELICA ALFONSO-ROYALS, director of the U.S. Citizenship and Immigration Services and<br>ANTONIO DONIS, director of the U.S. Citizenship and Immigration Services Arlington Asylum Office,<br><br>Defendants. | Civil Action No.<br>1:25-CV-02170-MHC |

## CONSENT ORDER

Having read and considered the parties' Joint Motion to Stay All Proceedings, and for good cause shown, it is hereby ORDERED that all proceedings and deadlines in this case are stayed for One Hundred Twenty (120) days. If the parties have reached a resolution of this matter within the One Hundred Twenty (120) day period, the Plaintiff shall file their Voluntary

1

Dismissal. If the parties have not reached a resolution within the One Hundred Twenty (120) day period, defendants shall file an answer by September 25, 2025.

So ordered, this 25th day of June, 2025.

_____
HONORABLE MARK H. COHEN
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ James Mitchell*
JAMES MITCHELL
*Assistant United States Attorney*

*/s/Steven Lefkoff*
*/s/ James O. Hacking, III*

*Signed by James Mitchell with express permission